O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYWON LAVELL TAYLOR,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>ROBERT HOREL, WARDEN,<br><br>　　　　Respondent. | CASE NO. ED CV 08-00499 JAK (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of TYWON LAVELL TAYLOR, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 11, 2011

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE